TRI–STATE INSURANCE COMPANY, Plaintiff,

v.

LUBBOCK MACHINE & SUPPLY COMPANY, a Corporation, Lubbock Manufacturing Company, Inc., a Corporation, Fargo Foundry & Steel Manufacturing Co., a Corporation, Roper Hydraulics, Inc., a Corporation, and Roper Industries, Inc., a Corporation, Defendants.

LUBBOCK MACHINE & SUPPLY COMPANY, a Corporation, Defendant and Third-Party Plaintiff,

v.

SCRANTON EQUITY EXCHANGE, a Co-operative Association, L. P. Gas Transport Co., and Carl J. Austad & Son, a Corporation, Third-Party Defendants.

Civ. No. 8619.

Supreme Court of North Dakota.

March 25, 1970.

Conmy, Conmy, Rosenberg & Lucas, Bismarck, for plaintiff, Tri-State Ins. Co.

Fleck, Mather, Strutz & Mayer, Bismarck, for defendant and third-party plaintiff Lubbock Machine & Supply Co. and defendant Lubbock Manufacturing Co.

Nilles, Oehlert, Hansen, Selbo & Magill, Fargo, for defendant Fargo Foundry Steel & Manufacturing Co.

Frederick E. Saefke, Jr., Bismarck, for third-party defendant Scranton Equity Exchange.

Pearce, Engebretson, Anderson & Schmidt, Bismarck, for third-party defendants L. P. Gas Transport Co. and Carl J. Austad & Son.

STRUTZ, Judge.

Our decision in this action is governed by the opinion heretofore filed in the

case of Scranton Grain Co. v. Lubbock Machine & Supply Co. et al., found in 175 N.W.2d 656 (N.D.1970).

Consideration of certified questions is refused, and the case is remanded.

TEIGEN, C. J., and PAULSON, ERICKSTAD and KNUDSON, JJ., concur.